BARITZ COLMAN RICHAN & HARRIS LLP
The Woolworth Building
233 Broadway, Suite 2020
New York, New York 10279
(212) 886-1693
Andrew B. Colman, Esq.
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R4 GL ACQUISITION LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GLORIETA LLC, a Florida limited liability company, NEW VISION GLORIETA, LLC, a Florida limited liability company, CREATIVE CHOICE HOMES, INC., a Florida corporation, NAIMISHA CONSTRUCTION, INC., a Florida corporation, GLOBE-OP DEVELOPMENT, LLC, a Florida limited liability company, DILIP BAROT, an individual, and NAIMISHA BAROT, an individual.<br><br>Defendants. | Civil Action No. 1:25-cv-00944-NRB<br><br>[FILED ELECTRONICALLY]<br><br>**STIPULATION AND ORDER SUBSTITUTING ATTORNEYS** |

The undersigned hereby stipulate and consent to the substitution of the law firm of Gulko Schwed LLP, by and through its attorneys, Samuel Kadosh, Esq, as attorneys of record for Defendants, GLORIETA LLC, NEW VISION GLORIETA, LLC, CREATIVE CHOICE HOMES, INC., NAIMISHA CONSTRUCTION, INC., & GLOBE-OP DEVELOPMENT, LLC, in the above-captioned action in place and instead of the law firm of Baritz Colman Richan & Harris LLP, and its attorney, Andrew B. Colman, Esq. Gulko Schwed LLP will be responsible for responding to the Complaint on behalf of Defendants on or before April 25, 2025.

Dated: April 21, 2025                                  Respectfully submitted,

s/Andrew B. Colman
Andrew B. Colman, Esq.
BARITZ COLMAN RICHAN & HARRIS LLP
The Woolworth Building
233 Broadway, Suite 2020
New York, New York 10279
Withdrawing Attorney

Mandell Sundarsingh, Esq.
SUNDARSINGH LAW, PL
On Behalf of Defendants

Samuel Kadosh, Esq
GULKO SCHWED LLP
Replacement Counsel for Defendants

/s/ Cary Aronovitz
Cary Aronovitz, Esq.
HOLLAND & KNIGHT LLP
Attorneys for Plaintiff

SO ORDERED this _____ day of _____, 2025.

THE HONORABLE NAOMI REICE BUCHWALD
United States District Court Judge Southern District of New York

cc:   All Counsel of Record (via ECF)