BARITZ COLMAN RICHAN & HARRIS LLP
The Woolworth Building
233 Broadway, Suite 2020
New York, New York 10279
(212) 886-1693
Andrew B. Colman, Esq.
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R4 GL ACQUISITION LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GLORIETA LLC, a Florida limited liability company, NEW VISION GLORIETA, LLC, a Florida limited liability company, CREATIVE CHOICE HOMES, INC., a Florida corporation, NAIMISHA CONSTRUCTION, INC., a Florida corporation, GLOBE-OP DEVELOPMENT, LLC, a Florida limited liability company, DILIP BAROT, an individual, and NAIMISHA BAROT, an individual.<br><br>Defendants. | Civil Action No. 1:25-cv-00944-NRB<br><br>[FILED ELECTRONICALLY]<br><br>**CONSENT TO CHANGE ATTORNEYS** |

It is hereby consented that the law firm of Gulko Schwed LLP, by and through its attorneys,

Samuel Kadosh, Esq, be substituted as attorneys of record for Defendants, GLORIETA LLC,

NEW VISION GLORIETA, LLC, CREATIVE CHOICE HOMES, INC., NAIMISHA CONSTRUCTION,

INC., & GLOBE-OP DEVELOPMENT, LLC, in the above-captioned action in place and instead of the

law firm of Baritz Colman Richan & Harris LLP, and its attorney Andrew B. Colman, Esq.  Gulko

Schwed LLP will be responsible for responding to the Complaint on behalf of Defendants on or

before April 25, 2025.

Dated: April 21, 2025                              Respectfully submitted,

s/Andrew B. Colman
Andrew B. Colman, Esq.
BARITZ COLMAN RICHAN & HARRIS
LLP
The Woolworth Building
233 Broadway, Suite 2020
New York, New York 10279
Withdrawing Attorney

Mandell Sundarsingh, Esq.
SUNDARSINGH LAW, PL
On Behalf of Defendants

Samuel Kadosh, Esq
GULKO SCHWED LLP
Replacement Counsel for Defendants

/s/ Cary Aronovitz

Cary Aronovitz, Esq.
HOLLAND & KNIGHT LLP
Attorneys for Plaintiff

cc:     All Counsel of Record (via ECF)