UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| R4 GL ACQUISITION LLC, a Delaware limited liability company, | Case No.: 25-CV-00944-NRB |
| Plaintiff, | |
| v. | **NOTICE OF FILING** |
| GLORIETA LLC, a Florida limited liability company, NEW VISION GLORIETA, LLC, a Florida limited liability company, CREATIVE CHOICE HOMES, INC., a Florida corporation, NAIMISHA CONSTRUCTION, INC., a Florida corporation, GLOBE-OP DEVELOPMENT, LLC, a Florida limited liability company, DILIP BAROT, an individual, and NAIMISHA BAROT, an individual. | |
| Defendants. | |

**NOTICE OF FILING CERTIFICATE OF STATUS**

Plaintiff, R4 GL ACQUISITION LLC ("Plaintiff"), by and through undersigned counsel and in support of the Declaration of Cary O. Aronovitz in Support of Plaintiff's Responses to Defendants' Requests for Pre-Motion Conference to Dismiss Complaint (D.E. 49), hereby files (1) the State of New York Certificate of Status for Plaintiff, detailing its authorized status, dated June 27, 2025, and (2) the State of New York Certificate of Publication, dated June 17, 2025.

Dated: June 27, 2025

HOLLAND & KNIGHT LLP

By: _/s/ Cary O. Aronovitz_____

Israel J. Encinosa, Esq.
Cary O. Aronovitz, Esq.
Kaatje S. Greenberg, Esq.
701 Brickell Ave, 31st Floor
Miami, FL 33131
(305) 789-7520
Israel.Encinosa@hklaw.com (pro hac vice)
Fla. Bar No. 46083
Cary.Aronovitz@hklaw.com (pro hac vice)
Fla. Bar No. 86425
Kaatje.Greenberg@hklaw.com (pro hac vice)
Fla. Bar No. 1059752
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

*/s/ Cary O. Aronovitz*
Cary O. Aronovitz

# **EXHIBIT A**

**STATE OF NEW YORK**

**DEPARTMENT OF STATE**

**Certificate of Status**


      I, WALTER T. MOSLEY, Secretary of State of the State of New York and custodian of the records required by law to be filed in my office, do hereby certify that upon a diligent examination of the records of the Department of State, as of the date and time of this certificate, the following entity information is reflected:

| | |
|---|---|
| **Entity Name:** | R4 GL ACQUISITION LLC |
| **DOS ID Number:** | 7603181 |
| **Entity Type:** | FOREIGN LIMITED LIABILITY COMPANY |
| **Entity Status:** | AUTHORIZED |
| **Date of Initial Filing with DOS:** | 05/05/2025 |
| **Statement Status:** | CURRENT |
| **Statement Due Date:** | 05/31/2027 |

I certify that the following is a list of documents on file in the Department of State for said entity:

| | |
|---|---|
| **Document Type:** | APPLICATION OF AUTHORITY |
| **Date of Filing:** | 05/05/2025 |
| **Entity Name:** | R4 GL ACQUISITION LLC |

| | |
|---|---|
| **Document Type:** | CERTIFICATE OF PUBLICATION |
| **Date of Filing:** | 06/17/2025 |

Above space is left blank intentionally.

No information is available from this office regarding the financial condition, business activity or practices of this entity.

WITNESS my hand and official seal of the Department of State, at the City of Albany, on June 27, 2025 at 12:01 P.M.

WALTER T. MOSLEY
Secretary of State



BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100008289934 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

# **EXHIBIT B**

# NEW YORK STATE DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE
# FILING RECEIPT

**ENTITY NAME :**               R4 GL ACQUISITION LLC
**DOCUMENT TYPE :**      CERTIFICATE OF PUBLICATION
**ENTITY TYPE :**              FOREIGN LIMITED LIABILITY COMPANY



**DOS ID :**                    7603181
**FILE DATE :**             06/17/2025
**FILE NUMBER :**         250618002290
**TRANSACTION NUMBER :**    202506170003358-4626213
**EXISTENCE DATE :**      05/05/2025
**DURATION/DISSOLUTION :**   PERPETUAL
**COUNTY :**               NEW YORK

**SERVICE OF PROCESS ADDRESS :**    C/O PREMIER CORPORATE SERVICES
                                     9 WASHINGTON SQUARE,, UNIT 16
                                     ALBANY, NY, 12205, USA

**ELECTRONIC SERVICE OF PROCESS**
**EMAIL ADDRESS :**         N/A

**FILER :**                  R4 CAPITAL LLC
                                     780 THIRD AVENUE, , 16TH FLOOR.
                                     NEW YORK, NY, 10017, USA
**SERVICE COMPANY :**     PREMIER CORPORATE SERVICES INC.
**SERVICE COMPANY ACCOUNT :**    PT

***You may verify this document online at :***    *http://ecorp.dos.ny.gov*
**AUTHENTICATION NUMBER :**    100008233594

| TOTAL FEES: | $85.00 | TOTAL PAYMENTS RECEIVED: | $85.00 |
|---|---|---|---|
| FILING FEE: | $50.00 | CASH: | $0.00 |
| CERTIFICATE OF STATUS: | $0.00 | CHECK/MONEY ORDER: | $0.00 |
| CERTIFIED COPY: | $10.00 | CREDIT CARD: | $0.00 |
| COPY REQUEST: | $0.00 | DRAWDOWN ACCOUNT: | $85.00 |
| EXPEDITED HANDLING: | $25.00 | REFUND DUE: | $0.00 |

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for R4 GL ACQUISITION LLC, File Number 250618002290 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on June 18, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100008233592 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

New York State
Department of State
Division of Corporations, State Records and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231 www.dos.ny.gov

# CERTIFICATE OF PUBLICATION
# OF

## R4 GL ACQUISITION LLC

*(Name of Foreign Limited Liability Company)*

Under Section 802 of the Limited Liability Company Law

The undersigned is the *(Check appropriate box)* ☐ Member ☐ Manager ☒ Authorized Person

of _____ R4 GL ACQUISITION LLC

*(Name of Foreign Limited Liability Company)*

If the name of the foreign limited liability company has changed, the name under which it was

authorized is: _____

If applicable, the fictitious name the foreign limited liability company has agreed to use in this

state is: _____

The application for authority was filed by the Department of State on: 05/05/2025

The published notices described in the annexed affidavits of publication contain all of the

information required by Section 802 of the Limited Liability Company Law.

The newspapers described in such affidavits of publication satisfy the requirements set forth in

the Limited Liability Company Law and the designation made by the county clerk.

I certify the foregoing statements to be true under penalties of perjury.

06/10/2025
*(Date)*

**X** /S/ *George Steiner*
*(Signature)*

George Steiner
*(Type or Print Name)*

Filed with the NYS Department of State on 06/17/2025
Filing Number: 250618002290 DOS ID: 7603181

*Affidavit of Publication*
*Under Section 802 of the*
*Limited Liability Company Law*

*State of New York*
*County of New York, ss:*

The undersigned is the principal clerk of the
publisher of the NEW YORK LAW JOURNAL, a
Daily Newspaper published in New York, New York.
A notice regarding R4 GL ACQUISITION LLC was
published in said newspaper once in each week for
six successive weeks, commencing on 5/9/2025 and
ending on 6/13/2025. The Text of the Notice
as published in said newspaper is as set forth below.
This newspaper has been designated by the Clerk of
New York County for this purpose.

NOTICE OF QUAL. of R4 GL ACQUISITION LLC Auth. filed with SSNY on 05/05/2025. Office location: New York. LLC formed in DE on 08/27/2014. SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to: 9 WASHINGTON SQUARE, UNIT 16, ALBANY, NY 12205. Arts. of Org. filed with DE SOS. Townsend Bldg. Dover, DE 19901. Any lawful purpose.
8533                    May9 f Jun13

Josh Gazes, Publisher Legal Notices

By: Wan Ci Lei Authorized Designee of the Publisher

SWORN TO BEFORE ME, this day 13 Jun 2025

Notary/Cynthia Byrd

**Cynthia Byrd**
**Notary Public, State of New York**
**No. 01BY6056945**
**Qualified in Kings County**
**Commission Expires April 9, 2027**

Filed with the NYS Department of State on 06/17/2025
Filing Number: 250618002290 DOS ID: 7603181



**Affidavit of Publication**

Under Section ___802__ of the Limited Liability Company Law

Under Section _____ of the Partnership Law

State of New York    }

County of New York} ss.:

The undersigned is the publisher of City & State, a weekly newspaper published in New York, New York. A notice regarding **R4 GL ACQUISITION LLC** was published in said newspaper once in each week for six successive weeks, commencing 5/12/2025 and ending on 6/16/2025. The text of the notice as published in said newspaper is as set forth below, or in the annexed exhibit. This newspaper has been designated by the Clerk of New York County for this purpose.

By: _____

Sean Medal, Authorized designee of Tom Allon, Publisher of City & State

Subscribed and sworn to before me,

This 16th day of June, 2025

```
OSMAR CEDENO
Notary Public - State of New York
NO. 01CE6443611
Qualified in Kings County
My Commission Expires Nov 7, 2026
```

_____

(Notary signature and stamp)

Notice of Qual. of **R4 GL ACQUISITION LLC** Auth. filed with SSNY on 05/05/2025. Office location: New York. LLC formed in DE on 08/27/2014. SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to: 9 WASHINGTON SQUARE, UNIT 16, ALBANY, NY 12205. Arts. of Org. filed with DE SOS. Townsend Bldg. Dover, DE 19901. Any lawful purpose.

CERTIFICATE OF PUBLICATION

OF

## R4 GL ACQUISITION LLC

(*Name of Foreign Limited Liability Company*)

Under Section 802 of the Limited Liability Company Law

--------------------------------------------------------------------------------------------------------------------

Filed by:  R4 Capital LLC
           (*Name*)

           780 Third Avenue, 16th Floor.
           (*Mailing address*)

           New York, NY 10017
           (*City, State and ZIP code*)

Note: This form was prepared by the New York State Department of State for filing a certificate of publication for a foreign limited liability company. You are not required to use this form. You may draft your own form or use forms available from legal stationery stores. The Department of State recommends that legal documents be prepared under the guidance of an attorney. This certificate of publication, with the affidavits of publication of the newspapers annexed thereto, must be submitted with a $50 filing fee payable to the Department of State.

(*For office use only*)

# DRAWDOWN ACCOUNT #PT

**Filed with the NYS Department of State on 06/17/2025**
**Filing Number: 250618002290 DOS ID: 7603181**