# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

September 3, 2025

**Via ECF**

Honorable Naomi Reice Buchwald
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. Courtroom 21A
New York, NY 10007

```
Application granted.

SO ORDERED.

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          September 5, 2025
```

Re: *R4 GL Acquisition LLC v. Glorieta LLC, et al.*, Case No. 1:25-cv-00944
    Joint Motion to Stay or Amend Deadlines

Dear Judge Buchwald:

This firm represents Plaintiff, R4 GL Acquisition LLC ("Plaintiff"), in the above-referenced action. We have also copied counsel for Defendant Naimisha Barot, who agrees with the relief requested herein.

Plaintiff, on behalf of both parties, submits this letter seeking to stay the deadlines set forth in the Court's Endorsed Scheduling Order of July 30, 2025 (ECF No. 60) related to the timing of briefing on Ms. Barot's Motion to Dismiss for lack of jurisdiction.

Specifically, on July 16, 2025, the Court required that all briefing be completed within sixty days related to the Individual Defendants' Motion to Dismiss (ECF No. 58). The parties met and conferred to set a schedule to meet the Court's requirement (ECF No. 60). However, the scheduling order envisioned that Ms. Barot would provide responsive documents and thereafter be deposed as part of jurisdictional discovery. Ms. Barot has since, however, objected to various of Plaintiff's jurisdictional document requests and the Parties have now briefed for the Court Ms. Barot's opposition to the jurisdictional discovery, Defendant's position that discovery should be more limited at this juncture, and Plaintiff's opposition. *See* (ECF Nos. 77 and 78).

Accordingly, instead of deposing Ms. Barot without the benefit of documents, and to avoid the need to depose her twice, the parties seek to stay the current schedule until the Court rules on Plaintiff's Letter Motion (ECF No. 77) and Defendant Barot's Response (ECF No. 78). Once the Court issues a ruling or further direction, the parties' will again meet in good faith to expeditiously brief the matter.

Respectfully Submitted,

/s/ Cary O. Aronovitz

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach