# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

October 30, 2025

**Application granted.**

**SO ORDERED.**

*[signature]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   October 31, 2025
         New York, New York

**Via ECF**

Honorable Naomi Reice Buchwald
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. Courtroom 21A
New York, NY 10007

Re: *R4 GL Acquisition LLC v. Glorieta LLC, et al.*, Case No. 1:25-cv-00944
Proposed Deadlines as to Corporate Defendants' Second Amended Counterclaims

Dear Judge Buchwald:

This firm represents Plaintiff and Counter-Defendant R4 GL Acquisition LLC ("Plaintiff") and Third-Party Defendants Chris Sullivan and Marc Schnitzer in the above-referenced action. We have conferred with counsel for Corporate Defendants, who agrees with the schedule proposed below.

Following the Court's directive permitting Corporate Defendants to file Second Amended Counterclaims for the specific purpose of adding the email referenced in Corporate Defendants' letter seeking leave to further amend the Counterclaims (ECF No. 94), the parties propose the following deadlines to complete briefing as to the Second Amended Counterclaims.

1. Corporate Defendants/Counter-Plaintiffs will serve their Second Amended Counterclaims by November 5, 2025.

2. Plaintiff and Third-Party Defendants will serve their Motion to Dismiss the Second Amended Counterclaims by November 19, 2025.

3. Corporate Defendants/Counter-Plaintiffs will serve their Response to the Motion to Dismiss by December 10, 2025.

4. Plaintiff and Third-Party Defendants will serve their Reply in support of the Motion to Dismiss by December 17, 2025.

Respectfully Submitted,

/s/ Cary O. Aronovitz

COA:aa

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach