UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R4 GL ACQUISITION, LLC, a Delaware limited liability company,<br><br>Plaintiff and Counterclaim Defendants,<br><br>v.<br><br>GLORIETA, LLC, *et al.*,<br><br>Defendants, Counterclaim Plaintiffs and Third Party Plaintiffs,<br><br>and<br><br>GLOBE-OP DEVELOPMENT, LLC, *et al.*,<br><br>Defendants,<br><br>v.<br><br>Chris Sullivan, Marc Schnitzer and Glorieta Partners Ltd.,<br><br>Third Party Defendants. | CASE NO: 1:25-CV-00944<br><br>**DECLARATION OF SAMUEL KADOSH IN OPPOSITION TO COUNTER-DEFENDANTS' MOTION TO DISMISS THE COUNTERCLAIMS** |

I, Samuel Kadosh, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am an attorney duly admitted to practice before this Court and an attorney at Gulko Schwed LLP, counsel for Counter-Plaintiffs, NEW VISION GLORIETA, LLC and GLORIETA, LLC (collectively, "Glorieta").

2. I submit this declaration to place before the Court certain documents in support of Counter-Plaintiffs' Memorandum of Law in Opposition to Counter-Defendants' Motion to Dismiss the Second Amended Counterclaim and Third-Party Claims.

1

2

3.	Attached as **Exhibit A** is a true and correct copy of a May 23, 2022 email sent by Chris Sullivan of R4 Capital LLC to, among others, Jeff Staley of New Vision Glorieta, LLC.

4.	Attached as **Exhibit B** is a true and correct copy of a June 30, 2023 email sent by Chris Sullivan to the Florida Housing Corporation and others.

5.	Attached as **Exhibit C** is a true and correct copy of a January 25, 2024 email chain from Chris Sullivan to HUD and others.

I affirm this 10th day of December, 2025, under the penalties of perjury under the laws of the United States, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: December 10, 2025

By: /s/ *Samuel Kadosh*