# EXHIBIT A

**From:** Chris Sullivan <CSullivan@r4cap.com>
**Sent:** Monday, May 23, 2022 6:23 PM
**To:** Jeff Staley <jeff@nvhfinc.com>
**Cc:** Anju Kumar <anju@creativechoice.net>; Chris Zrowka <chris@improsynergies.com>
**Subject:** Re: [External] Glorieta

Jeff,

I would like for Ken Phalore, Paresh and Yash Barot to be on the call as well. I want to be absolutely clear that R4 needs to be in the loop on all work related to drainage, underground sanitary improvements, moisture prevention, etc. so I can communicate effectively to Fair Housing. This includes who is performing the work, the scope/cost and when. Optimal Construction is not the decision maker. New Vision, Creative Choice and R4 as limited partner are the decision makers. I should be copied on all correspondence. I also want to be clear that R4 will not accept a scope of work that doesn't completely address the physical issues that we are already aware of. I am already confused about the change to the bids/scope/contractors that are in process.

Jeff- please deliver this message and arrange for others to be on the call Wednesday.

Anju- can you please circulate call-in instructions?

**Chris Sullivan**
Senior Vice President
R4 Capital LLC
155 Federal Street, Suite 1400
Boston, MA 02110
O 617 502 5944 | M 781 956 1341
CSullivan@R4cap.com www.r4cap.com

On May 23, 2022, at 6:07 PM, Jeff Staley <jeff@nvhfinc.com> wrote:

Works for me.

Jeff

05.23.22

___

**From:** Chris Sullivan <CSullivan@r4cap.com>
**Sent:** Monday, May 23, 2022 5:57 PM
**To:** Anju Kumar <anju@creativechoice.net>; Jeff Staley <jeff@nvhfinc.com>; Chris Zrowka <chris@improsynergies.com>
**Subject:** Glorieta

Hello All,

Does 1130am EDT work on Wednesday for a follow up call?

**Chris Sullivan**

Senior Vice President

R4 Capital LLC

155 Federal Street, Suite 1400

Boston, MA 02110

O 617 502 5944 | M 781 956 1341

CSullivan@R4cap.com www.r4cap.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.