# EXHIBIT B

**From:** Chris Sullivan <CSullivan@r4cap.com> **Sent:** Friday, June 30, 2023 2:51 PM
**To:** Doug McCree <dmccree@firsthousingfl.com>
**Cc:** Jeff Staley <jeff@nvhfinc.com>; Dilip Barot <dilip@creativechoice.net>; Greg Doble <GDoble@r4cap.com>
**Subject:** Re: [External] Glorietta Gardens

Doug,

I just spoke with Jeff. He is in a meeting but will respond today with an update. There is an ongoing dispute regarding water bills for vacant units and the regional manager did change jobs, but the other items below are a complete surprise and weren't on the radar according to Jeff. Jeff will provide more details. HUD has been an advocate for the Project including recently approving a budget based rental increase. R4 has been working with the Development team to finalize an extensive capital improvement budget. I have personally walked 100% of the units at the Aswan site following the unsatisfactory GLE visit and assisted with developing the scope of work. I think some of the comments below are due to a poor relationship between the interim City Manager and the development team, but I will let Jeff speak to this. Regardless, R4 is committed to holding the development team accountable and providing the Glorieta residents with safe and sanitary housing as always. Jeff is organizing a call with HUD and the City and I will provide updates as I receive them.

**Chris Sullivan**
Senior Vice President
R4 Capital LLC
155 Federal Street, Suite 1400
Boston, MA 02110
O 617 502 5944   |   M 781 956 1341
CSullivan@R4cap.com   |   www.r4cap.com

On Jun 30, 2023, at 1:27 PM, Doug McCree <dmccree@firsthousingfl.com> wrote:

Can either of you shed some detail on the email below?

Thanks

---

**From:** Darvin Williams <dwilliams@Opalockafl.gov>
**Sent:** Thursday, June 29, 2023 4:48:21 PM
**Subject:** EMERGENCY MEETING REQUEST - GLORIETA GARDENS

EMAIL RECEIVED FROM EXTERNAL SOURCE

Good afternoon,

We are in receipt of credible evidence that one of your contracted owners may be insolvent. Glorieta Partners Ltd, to whom you issued a NOD earlier this year, this week had their Regional Director abruptly design, apparently had a lawsuit filed by residents due to the unsafe and unsanitary conditions, and had Miami Dade County issue a notice of termination for water service due to an unpaid water bill hearing $500k.

We are now in the precarious position of preparing an evacuation plan for over 400 residents. It is for this reason that we are requesting an emergency meeting with HUD in hopes of exploring the potential of having another contractor replace Glorieta Partners, or perhaps consider some other remedy. We eagerly await your response.

Regards,


**Darvin E. Williams, JD, MBA, MPH**
Interim City Manager, City of Opa-locka

780 Fisherman Street, 4th Floor
Opa-locka, FL 33054
Office: 305-953-2868 Ext 1202
Cellular: 786-643-1069
Email: dwilliams@opalockafl.gov



**Douglas I. McCree, CMB**
**President and CEO**
107 S. Willow Avenue
Tampa, FL 33606-1945

**T:** 813.283-1026
**F:** 813.289.5580
**Toll Free:** 800.967.9410

*www.firsthousingfl.com*

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.