# EXHIBIT C

**From:** Chris Sullivan <CSullivan@r4cap.com> **Sent:** Thursday, January 25, 2024 11:26 AM
**To:** Owen, Laura W laura.w.owen@hud.gov **Cc:** Greg Doble <GDoble@r4cap.com>; Jeff Staley <jeff@nvhfinc.com>; Dilip Barot <dilip@creativechoice.net>
**Subject:** RE: Glorieta Gardens - Opa Locka, Florida

Hi Laura,

Thank you for reaching out. I am very aware of the situation regarding Bldg 8. I was on-site yesterday to walk the Property. <u>The ownership team of Creative Choice/New Vision are working with the City and Public Works to restore power and water to Bldg 8</u>. There was an issue with billing and a flow meter that was preventing utilities from being restored. Please note that ownership is also in the process of completing extensive but necessary improvements to the underground sanitary at/around Bldg 8. Additionally, ownership has renovated units on the 2nd and 3rd floors of Bldg 8 while underground sanitary work on the ground floor is in progress. Ownership, in partnership with R4, as Limited Partner, are aware of the political and media attention and are taking very proactive measures to improve conditions on-site. <u>Personally, I believe the various media ignore much of the good work that has been completed and continues to be completed on-site,</u> but nonetheless, ownership understands they need to take very important steps to improve the image of this Project. I have copied Jeff, who can provide any documentation you may request as it relates to the Project.

**Chris Sullivan**
Senior Vice President
R4 Capital LLC
155 Federal Street, Suite 1400
Boston, MA 02110
O 617 502 5944   |   M 781 956 1341
CSullivan@R4cap.com   |   www.r4cap.com

**From:** Owen, Laura W <laura.w.owen@hud.gov>
**Sent:** Thursday, January 25, 2024 11:11 AM
**To:** Chris Sullivan <CSullivan@r4cap.com>
**Subject:** [External] Glorieta Gardens - Opa Locka, Florida

Good Morning Chris,

I am the recently assigned HUD Senior Project Manager for the subject property. Unfortunately, it fell into my portfolio which consists of only distressed properties.

Are you aware of Building 8 being red tagged by City, tenants being relocated to hotels, complaints filed by City, extensive political and media attention, etc?

I just want you to be aware and if you can provide me any documentation on this property, including any concerns, it would be greatly appreciated.

Best,

*Laura W. Owen*

**Senior Project Manager**
**Multifamily Housing Southeast Region**
**Office of the Regional Director**

---

**From:** Jeff Staley <jeff@nvhfinc.com>
**Sent:** Friday, January 12, 2024 9:06 AM
**To:** Owen, Laura W <laura.w.owen@hud.gov>
**Subject:** <External Message> RE: Glorieta Partners

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have concerns about the content of the email, please send it to phishing@hud.gov or click the Report Phishing Button on the Outlook ribbon or Phishing option within OWA.

Laura-

See below.

Jeff
01.12.24

**Chris Sullivan**
Senior Vice President
R4 Capital LLC
155 Federal Street, Suite 1400
Boston, MA 02110
O 617 502 5944   |   M 781 956 1341
|   www.r4cap.com

---

**From:** Owen, Laura W <laura.w.owen@hud.gov>
**Sent:** Thursday, January 11, 2024 4:41 PM

**To:** Jeff Staley <jeff@nvhfinc.com>
**Subject:** Glorieta Partners

Hi Jeff,

In addition to the organizational chart and the sources and uses agreement, will you please provide me with the contact for R4 Asset Management?

I need this as quickly as possible.

Thanks in advance.

*Laura W. Owen*

**Senior Project Manager**
**Multifamily Housing Southeast Region**
**Office of the Regional Director**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.