```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
R4 GL ACQUISITION LLC, a Delaware limited
liability company,

                              Plaintiff,

                  - against -

GLORIETA LLC, a Florida limited liability
company, NEW VISION GLORIETA, LLC, a
Florida limited liability company,
CREATIVE CHOICE HOMES, INC., a Florida
corporation, NAIMISHA CONSTRUCTION, INC.,
a Florida corporation, GLOBE-OP
DEVELOPMENT, LLC, a Florida limited
liability company, DILIP BAROT, an
individual, and NAIMISHA BAROT, an
individual,

                              Defendants.
-----------------------------------------X
```

**ORDER**

25 Civ. 944(NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on August 15, 2025, defendants Dilip Barot and Naimisha Barot filed a motion to dismiss (the "Motion"), ECF No. 71; and

**WHEREAS**, on November 4, 2025, plaintiff filed an opposition to the Motion (the "Opposition"), ECF No. 102; and

**WHEREAS**, the Motion and Opposition was not "accompanied by a letter no longer than three pages outlining the substantive arguments advanced in the motion papers" as required by Rule 2.C.1 of this Court's individual practices; it is hereby

1

**ORDERED** that both parties shall file a letter regarding their respective Motion and Opposition in accordance with Rule 2.C.1 no later than 7 days from the date of this Order.

Dated:     January 20, 2026
           New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

2