Nason Yeager
GERSON, HARRIS & FUMERO, P.A.
ATTORNEYS AT LAW | Est. 1960

ALEJANDRA S. ALVAREZ

E-MAIL ADDRESS:
AAlvarez@nasonyeager.com

DIRECT DIAL:
(561) 227-4575

FAX NUMBER:
(561) 686-5442

March 23, 2026

**VIA CM/ECF:**

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 21A
New York, NY 10007-1312

**Re: R4 GL Acquisition LLC v. Glorieta LLC, *et al* (Case No. 1:25-cv-00944-NRB)**
***Second Unopposed Joint Letter Motion for Extension of Time***

Dear Judge Buchwald,

Undersigned counsel write to respectfully request a second brief extension of time to prepare and file responsive pleadings to R4 GL Acquisition LLC's Amended Complaint [D.E. 61] and Glorieta Partners Ltd.'s Amended Counterclaim and Crossclaim [D.E. 130].

Dilip Barot's and Naimisha Barot's answer to the Amended Complaint is due on March 23, 2026 [D.E. 134]. Their answer to the Crossclaim, and Glorieta LLC's, New Vision Glorieta, LLC's, and Creative Choice Homes, Inc.'s answers to the Counterclaim and Crossclaim, are also due on March 23, 2026 [D.E. 134].

Undersigned counsel request a one-day extension of time, through March 24, 2026, to prepare and file the above-referenced answers. This is the Barots' second request for an extension of time regarding their answer to the Amended Complaint and the parties' second request for an extension of time from the Court regarding their answers to the Amended Counterclaim and Crossclaim. The Court granted the prior requests [D.E. 134]. The extension will accommodate further client review of the documents before filing.

Application granted
Naomi Reice Buchwald, USDJ
3/24/26

Counsel for R4 GL Acquisition LLC and Glorieta Partners Ltd. confirmed over the weekend that they do not object to the requested one-day extension of time.

We thank you for your consideration and attention to this matter.

**GULKO SCHWED LLP**

*/s/ Samuel Kadosh*

**NASON, YEAGER, GERSON, HARRIS & FUMERO, P.A.**

*/s/ Alejandra S. Alvarez*