UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
R4 GL ACQUISITION LLC, a Delaware limited
liability company,

    Plaintiff and Counterclaim Defendants,

              - against -

GLORIETA LLC, a Florida limited liability
company and NEW VISION GLORIETA, LLC, a
Florida limited liability company,

    Defendants and Counterclaim Plaintiffs

              - and -

GLOBE-OP DEVELOPMENT, LLC, a Florida
limited liability company, CREATIVE
CHOICE HOMES, INC., a Florida
corporation, NAIMISHA CONSTRUCTION, INC.,
a Florida corporation, DILIP BAROT, an
individual, and NAIMISHA BAROT, an
individual,

              Defendants

              - against -

CHRIS SULLIVAN, an individual, MARC
SCHNITZER, an individual, and GLORIETA
PARTNERS LTD., a Florida limited
partnership,

           Third-Party Defendants.
------------------------------------------X

**ORDER**

25 Civ. 944(NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      **WHEREAS**, on November 19, 2025, plaintiff R4 GL Acquisition,

LLC and Third-Party Defendants Chris Sullivan and Marc Schnitzer

1

filed a motion to dismiss the Second Amended Counterclaim and Third Party Claims (the "Motion"), ECF No. 115; and

**WHEREAS,** on December 10, 2025, counter-plaintiffs New Vision Glorieta, LLC and Glorieta, LLC filed an opposition to the Motion (the "Opposition"), ECF No. 117; and

**WHEREAS,** the Motion and Opposition were not "accompanied by a letter no longer than three pages outlining the substantive arguments advanced in the motion papers" as required by Rule 2.C.1 of this Court's individual practices; it is hereby

**ORDERED** that both parties shall file a letter regarding their respective Motion and Opposition in accordance with Rule 2.C.1 no later than 7 days from the date of this Order.

Dated:    June 12, 2026
          New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE